IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FRANK ENRIQUEZ,**

      **Plaintiff,**

v.                                      **CASE NO. 4:12-cv-653-MW/CAS**

**DAVID E. WILKINS, Secretary
Department of Children and Families,**

      **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 5, filed February 11, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED WITHOUT PREJUDICE.**" The Clerk shall close the file.

SO ORDERED on March 4, 2013.

                                                      s/Mark E. Walker      
                                                      United States District Judge